Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.:  18−19028−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda J Flora
   58 Pembroke Drive
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−3700

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 20, 2018.

    On the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:             July 24, 2019
Time:            10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 19, 2019
JAN: amg

                                                                                         Jeanne Naughton
                                                                                         Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                        Case No. 18-19028-MBK
Linda J Flora                                                                 Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 2          Date Rcvd: Jun 19, 2019
                              Form ID: 185                  Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db             +Linda J Flora,    58 Pembroke Drive,    Jackson, NJ 08527-6319
cr             +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
517495489      +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1581 N. Main Street #200,
                 Warrington, PA 18976-3403
517495494     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial,    PO BOX 8026,    Cedar Rapids, IA 52408)
517556740      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517541573      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517495490      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2019 00:23:43       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517578197      +E-mail/Text: bankruptcy@sccompanies.com Jun 20 2019 00:18:55      Country Door,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517495491       E-mail/Text: cio.bncmail@irs.gov Jun 20 2019 00:17:42      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517594426      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2019 00:18:09      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517531686       E-mail/PDF: cbp@onemainfinancial.com Jun 20 2019 00:23:31      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517495492      +E-mail/PDF: cbp@onemainfinancial.com Jun 20 2019 00:24:04      OneMain,    PO Box 1010,
                 Evansville, IN 47706-1010
517614068       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2019 00:23:19
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517614069       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2019 00:24:14
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517495493      +E-mail/Text: bankruptcy@sccompanies.com Jun 20 2019 00:18:55      Through the Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517608668       Caliber Home Loans, Inc.,    13801 Wireless Way Oklahoma City, OK 731
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Christopher M. McMonagle    on behalf of Creditor    Caliber Home Loans, Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              David   Nigro    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                  Date Rcvd: Jun 19, 2019
                               Form ID: 185                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Eric  Clayman    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
        Sindi  Mncina    on behalf of Creditor   Caliber Home Loans, Inc. smncina@rascrane.com
        Stephanie F. Ritigstein    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net, connor@jenkinsclayman.com
        Steven P. Kelly    on behalf of Creditor   Caliber Home Loans, Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 11