UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CHRISTOPHER M. MCMONAGLE, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:
Linda J Flora
    Debtor

Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 18-19028-MBK

Chapter 13

Hearing: September 3, 2019

Judge: Michael B. Kaplan

## ORDER APPROVING STIPULATION/CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

DATED: September 27, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
Debtor: Linda J. Flora
Case Number: 18-19028-MBK
Caption of Order: Order Resolving Objection to Confirmation of Chapter 13 Plan by Caliber Home Loans, Inc.

---

Upon the Chapter 13 Plan filed by Debtor on June 17, 2019 at docket entry 38, and the Objection to that Plan filed by Caliber Home Loans, Inc. on June 27, 2019 at docket entry 42, it is hereby ORDERED as follows:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in this matter.
2. Caliber is free to seek relief from the automatic stay of 11 U.S.C. § 362(d) regarding the real property located at 58 Pembroke Drive, Jackson, NJ 08527
3. By signing this Stipulation/Consent Order, Debtor's Counsel represents that Debtor is familiar with and understands the terms of the Stipulation/Consent Order and agrees to its terms regardless of whether Debtor actually signed the Stipulation/Consent Order. Seen and agreed by the parties on the date set forth.

/s/ Christopher M. McMonagle
CHRISTOPHER M. MCMONAGLE, ESQUIRE
STERN & EISENBERG, PC
ATTORNEY FOR CREDITOR
Date: 9/6/19

ERIC CLAYMAN, ESQUIRE
ATTORNEY FOR DEBTOR
Date: 9/16/19