UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CHRISTOPHER M. MCMONAGLE, ESQUIRE
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
FACSIMILE: (856) 667-1456
(COUNSEL FOR MOVANT)

In Re:
Linda J Flora
    Debtor

**Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 18-19028-MBK

Chapter 13

Hearing: September 3, 2019

Judge: Michael B. Kaplan

## ORDER APPROVING STIPULATION/CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: September 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
Debtor: Linda J. Flora
Case Number: 18-19028-MBK
Caption of Order: Order Resolving Objection to Confirmation of Chapter 13 Plan by Caliber Home Loans, Inc.

---

Upon the Chapter 13 Plan filed by Debtor on June 17, 2019 at docket entry 38, and the Objection to that Plan filed by Caliber Home Loans, Inc. on June 27, 2019 at docket entry 42, it is hereby ORDERED as follows:

1. This Order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in this matter.
2. Caliber is free to seek relief from the automatic stay of 11 U.S.C. § 362(d) regarding the real property located at 58 Pembroke Drive, Jackson, NJ 08527
3. By signing this Stipulation/Consent Order, Debtor's Counsel represents that Debtor is familiar with and understands the terms of the Stipulation/Consent Order and agrees to its terms regardless of whether Debtor actually signed the Stipulation/Consent Order. Seen and agreed by the parties on the date set forth.

/s/ Christopher M. McMonagle
CHRISTOPHER M. MCMONAGLE, ESQUIRE
STERN & EISENBERG, PC
ATTORNEY FOR CREDITOR
Date: 9/6/19

ERIC CLAYMAN, ESQUIRE
ATTORNEY FOR DEBTOR
Date: 9/16/19

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-19028-MBK
Linda J Flora                                                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin            Page 1 of 1                     Date Rcvd: Sep 27, 2019
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
db             +Linda J Flora,    58 Pembroke Drive,    Jackson, NJ 08527-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Christopher M. McMonagle    on behalf of Creditor    Caliber Home Loans, Inc.
        cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
      David   Nigro    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net
      Eric   Clayman    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
        connor@jenkinsclayman.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
        rsolarz@kmllawgroup.com
      Sindi   Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
      Stephanie F. Ritigstein    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
        connor@jenkinsclayman.com
      Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
        bkecf@sterneisenberg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 11