Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19028−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda J Flora
    58 Pembroke Drive
    Jackson, NJ 08527

Social Security No.:
    xxx−xx−3700

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/22/20
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Stephanie F. Ritigstein, Debtor's Attorney

COMMISSION OR FEES
FEES $3,200.00

EXPENSES
$21.25

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 19, 2020
JAN:

                                                   Jeanne Naughton
                                                   Clerk

Case 18-19028-MBK    Doc 57    Filed 03/21/20    Entered 03/22/20 00:25:19    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                     Case No. 18-19028-MBK
Linda J Flora                                                              Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2        Date Rcvd: Mar 19, 2020
                              Form ID: 137                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db             +Linda J Flora,    58 Pembroke Drive,    Jackson, NJ 08527-6319
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
517495489      +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, PC,    1581 N. Main Street #200,
                 Warrington, PA 18976-3403
517495494     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial,     PO BOX 8026,   Cedar Rapids, IA 52408)
517556740      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517541573      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 23:58:38      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 23:58:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517495490      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 00:09:50      Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517578197      +E-mail/Text: bankruptcy@sccompanies.com Mar 19 2020 23:59:14      Country Door,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
517495491       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 19 2020 23:58:15      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517594426      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2020 23:58:35      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517531686       E-mail/PDF: cbp@onemainfinancial.com Mar 20 2020 00:08:21      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517495492      +E-mail/PDF: cbp@onemainfinancial.com Mar 20 2020 00:07:10      OneMain,   PO Box 1010,
                 Evansville, IN 47706-1010
517614068       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 00:08:44
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517614069       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 00:09:59
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517495493      +E-mail/Text: bankruptcy@sccompanies.com Mar 19 2020 23:59:14      Through the Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517608668       Caliber Home Loans, Inc.,   13801 Wireless Way Oklahoma City, OK 731
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Mar 19, 2020
                              Form ID: 137               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Christopher M. McMonagle    on behalf of Creditor    Caliber Home Loans, Inc.
         cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
        David   Nigro    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Eric   Clayman    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
        Robert   Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
        Sindi   Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
        Stephanie F. Ritigstein    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
         bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 13