Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>Linda Flora<br>debtor | Case No.: 18-19028<br>Chapter: 13<br>Hearing Date: 5/28/19-9/3/19<br>Judge: MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: April 22, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$3200.00</u> for services rendered and expenses in the amount of <u>$21.25</u> for a total of <u>$3221.25</u> The allowance is payable:

   <u>X</u>  through the Chapter 13 plan as an administrative priority.

   <u>   </u>  outside the plan.

The debtor's monthly plan is modified to require a payment of $654 per month starting April 2020 for 20 months to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-19028-MBK
Linda J Flora                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 22, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.
db          +Linda J Flora,   58 Pembroke Drive,   Jackson, NJ 08527-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Christopher M. McMonagle    on behalf of Creditor    Caliber Home Loans, Inc.
       cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      David   Nigro    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric   Clayman    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      Robert   Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
      Sindi   Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
      Stephanie F. Ritigstein    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com,
       bkecf@sterneisenberg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 13