Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−19028−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Linda J Flora
  58 Pembroke Drive
  Jackson, NJ 08527

Social Security No.:
  xxx−xx−3700

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/13/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 13, 2020
JAN: dmi

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                         Case No. 18-19028-MBK
Linda J Flora                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Aug 13, 2020
                              Form ID: 148               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Linda J Flora,    58 Pembroke Drive,    Jackson, NJ 08527-6319
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
517495489      +Caliber Home Loans, Inc.,    c/o Stern & Eisenberg, PC,   1581 N. Main Street #200,
                 Warrington, PA 18976-3403
517556740      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
517541573      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2020 00:12:49     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2020 00:12:44     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517495490      +EDI: CAPITALONE.COM Aug 14 2020 03:38:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517578197      +EDI: CBS7AVE Aug 14 2020 03:38:00     Country Door,   c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,   Dallas, TX 75380-0849
517495491       EDI: IRS.COM Aug 14 2020 03:38:00     IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517594426      +EDI: MID8.COM Aug 14 2020 03:38:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517531686       EDI: AGFINANCE.COM Aug 14 2020 03:38:00     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
517495492      +EDI: AGFINANCE.COM Aug 14 2020 03:38:00     OneMain,   PO Box 1010,   Evansville, IN 47706-1010
517614068       EDI: PRA.COM Aug 14 2020 03:38:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
517614069       EDI: PRA.COM Aug 14 2020 03:38:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517495494       EDI: TFSR.COM Aug 14 2020 03:38:00     Toyota Financial,   PO BOX 8026,
                 Cedar Rapids, IA 52408
517495493      +EDI: CBS7AVE Aug 14 2020 03:38:00     Through the Country Door,   1112 7th Avenue,
                 Monroe, WI 53566-1364
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517608668       Caliber Home Loans, Inc.,   13801 Wireless Way Oklahoma City, OK 731
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo    docs@russotrustee.com
           David  Nigro    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net
           Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Eric   Clayman    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
           Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
            bkgroup@kmllawgroup.com
```

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Aug 13, 2020
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
          Stephanie F. Ritigstein    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                            TOTAL: 12