STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on August 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>　　Linda J. Flora,<br><br>　　　　Debtor(s) | Chapter 13<br><br>Case Number: 18-19028-MBK<br><br>Hearing: 08/12/2020 at 9:00 a.m. |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

ORDER DISMISSING DEBTOR'S BANKRUPTCY PETITION

The relief set forth on the following page is hereby **ORDERED.**

DATED: August 13, 2020

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
Debtor: Linda J. Flora
Case Number: 18-19028-MBK

Caption of Order: Order Dismissing Debtor Linda J. Flora's Chapter 13 Petition

AND NOW, this _____ day of _____, 2020, upon Movant Caliber Home Loan, Inc.'s Motion for Dismissal of Debtor Linda J. Flora's Chapter 13 Petition pursuant to 11 U.S.C. § 1307(c), and after opportunity for hearing and consideration of all evidence, arguments and briefs of Counsel, if any, it is ORDERED AND DECREED that the Motion of Caliber Home Loans, Inc. is **GRANTED**;

**ORDERED** that the Chapter 13 Petition filed by Linda J. Flora on May 2, 2018, is hereby **DISMISSED**.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-19028-MBK
Linda J Flora    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　User: admin　　Page 1 of 1　　Date Rcvd: Aug 13, 2020
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
db　　　　+Linda J Flora,　58 Pembroke Drive,　Jackson, NJ 08527-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      David Nigro    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric Clayman    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
      Robert Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
      Sindi Mncina    on behalf of Creditor    Caliber Home Loans, Inc. smncina@rascrane.com
      Stephanie F. Ritigstein    on behalf of Debtor Linda J Flora jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Steven P. Kelly    on behalf of Creditor    Caliber Home Loans, Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 12